IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: WRIGHT MEDICAL TECHNOLOGY, INC., CONSERVE HIP IMPLANT PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL DOCKET NO. 2329<br><br>1:12-MD-2329-WSD |
| This Document Relates To: ) ) | |
| 1:11-cv-04409-WSD, David F. Piper and Christine Piper v. Wright Medical Technology, Inc. et al. ) ) ) ) | |

## MOTION TO WITHDRAW

COMES NOW George W. Walker, III, and respectfully requests leave to withdraw as counsel for Plaintiffs in the above referenced case. George W. Walker, III is no longer employed with the law firm of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. Plaintiffs will continue to be represented by Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. as their remaining counsel of record. The withdrawal of the undersigned counsel will not prejudice any party.

Respectfully submitted this 8th day of September, 2015.

/s/George W. Walker, III
George W. Walker, III
Georgia Bar No. 548316

The Finley Firm, P.C.
Post Office Box 3596
Auburn, AL  36831
Telephone:  (706) 322-6226
Fax:  (706) 322-6221
Email:  gwwalker@thefinleyfirm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2015, I electronically filed the foregoing Motion to Withdraw with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/George W. Walker, III
George W. Walker, III
Georgia Bar No. 548316
The Finley Firm, P.C.