# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE: WRIGHT MEDICAL TECHNOLOGY INC., CONSERVE HIP IMPLANT PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2329**<br><br>This Document Relates to:<br>ROBYN CHRISTIANSEN<br>1:13-cv-297-WSD |
| **JIMMIE LEE BAKER AND MARY BAKER,**<br><br>                    Plaintiffs,<br><br>      v.<br><br>**WRIGHT MEDICAL TECHNOLOGY INCORPORATED, et al.,**<br><br>                    Defendants. | 1:12-cv-00598-WSD |
| **CHERI DEES AND JACE DEES,**<br><br>                    Plaintiffs,<br><br>      v.<br><br>**WRIGHT MEDICAL TECHNOLOGY INCORPORATED, et al.,**<br><br>                    Defendants. | 1:11-cv-04415-WSD |

| | |
|---|---|
| **DEBRA KORSZENIEWSKI,**<br><br>     Plaintiff,<br><br> v.<br><br>**WRIGHT MEDICAL TECHNOLOGY INCORPORATED, et al.,**<br><br>     Defendants. | **1:12-cv-00766-WSD** |
| **DAVID F. PIPER AND CHRISTINE PIPER,**<br><br>     Plaintiffs,<br><br> v.<br><br>**WRIGHT MEDICAL TECHNOLOGY INCORPORATED, et al.,**<br><br>     Defendants. | **1:11-cv-04409-WSD** |
| **ERIC B. SNITKOFF,**<br><br>     Plaintiff,<br><br> v.<br><br>**WRIGHT MEDICAL TECHNOLOGY INCORPORATED, et al.,**<br><br>     Defendants. | **1:12-cv-00612-WSD** |

| | | |
|---|---|---|
| **LEAH ELSHAUG AND ESHANE ELSHAUG,** | | |
| | **Plaintiffs,** | |
| v. | | 1:13-cv-00164-WSD |
| **WRIGHT MEDICAL TECHNOLOGY INCORPORATED, et al.,** | | |
| | **Defendants.** | |
| | | |
| **BETTY L. HALL,** | | |
| | **Plaintiff,** | |
| v. | | 1:13-cv-00165-WSD |
| **WRIGHT MEDICAL TECHNOLOGY INCORPORATED, et al.,** | | |
| | **Defendants.** | |
| | | |
| **EARL DOUGLAS SKAGGS,** | | |
| | **Plaintiff,** | |
| v. | | 1:12-cv-04374-WSD |
| **WRIGHT MEDICAL TECHNOLOGY INCORPORATED, et al.,** | | |
| | **Defendants.** | |

# ORDER

This matter is before the Court on Attorney George W. Walker, III's Motion to Withdraw [1523] as counsel of record for Plaintiffs in these cases, and the MDL. Mr. Walker is no longer counsel at Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. firm.

Accordingly,

IT IS HEREBY ORDERED that Mr. Walker's Motion to Withdraw is **GRANTED**.  Plaintiffs will continue to be represented by Pope, McGlamry, Morrison & Norwood, P.C.

**SO ORDERED** this 31st day of May, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE