IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: WRIGHT MEDICAL TECHNOLOGY, INC., CONSERVE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 1:12md2329-TWT  All Cases |

O R D E R

Terrence Smith, counsel of record for plaintiffs having moved to withdraw and having complied with the rules of this court in this regard,

IT IS HEREBY ORDERED that counsel for the above-named plaintiffs be allowed to withdraw in this case and directs the Clerk of turn off electronic notification to Mr. Terrance Smith.

SO ORDERED, this 16th day August, 2018.

/sThomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE